UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LYNN SALVAGE

                ORDER OF DISMISSAL FOR
   -v-            LACK OF ACTIVITY, ADOPTING
                REPORT & RECOMMENDATION

                CV 13-3319 (JS)(ARL)

ALLSTATE
----------------------------------------X

APPEARANCES:

For Plaintiff(s):
Lynn Salvage, *Pro Se*
342 E. 93 St.   #18F        OR    211 Neptune Blvd.
New York  NY 10128                Long Beach  NY 11561

FOR DEFENDANT(S):
Gail Kelly, Esq.
Conway Farrell Curtin & Kelly
48 Wall St.    20 Fl.
New York  NY 10005

William DeJean, Esq.
Nielsen Carter & Treas
3838 N. Causeway Blvd.    #2850
Metairie  LA 70002


SEYBERT, DISTRICT JUDGE:

       The above-captioned case was opened with the removal of the action on Jun. 11, 2013, from the Long Beach City Court.

       Magistrate Judge Arlene Rosario Lindsay issued a Report & Recommendation on May 20, 2014 (docket entry [21]), at the request of defense counsel, that the case be dismissed for lack of prosecution. It detailed the failures of the plaintiff to appear for conferences, respond to various inquiries, or generally prosecute her case. Also noted were the return of mailings sent to the plaintiff at the Long Beach address, but not from the Manhattan address.

       There has been no opposition, so the Report & Recommendation is ADOPTED in its entirety.

IT IS HEREBY ORDERED that the case be DISMISSED without prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to mark the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: Central Islip, New York
Aug. 5, 2014